IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR328 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS SALDANA-GARCIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter came before the Court on plaintiff's motion for dismissal (Filing No. 69). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's request for leave to dismiss the indictment is granted; the indictment, as it relates to the defendant Jesus Saldana-Garcia is dismissed without prejudice.

DATED this 14th day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court